**J. W. OSBORNE, Appellant,**

**v.**

**D. P. OSBORNE et al., Administrator of the Estate of Wm. J. Osborne, Deceased, Appellees.**

Court of Appeals of Kentucky.

May 4, 1962.

Rehearing Denied Nov. 16, 1962.

Joe Hobson, J. B. Clarke, Prestonsburg, for appellant.

Joe P. Tackett, Prestonsburg, for appellees.

PER CURIAM.

Motion for an appeal filed December 28, 1959, from a judgment of the Floyd Circuit Court, Honorable E. D. Stephenson, special judge, in favor of D. P. Osborne, individually, and as administrator of the estate of William J. Osborne, deceased, against J. W. Osborne, for $804.52 with interest.

We find the judgment and the basis upon which it rests correct. Therefore, the motion for an appeal is overruled and the judgment stands

Affirmed.